UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20680-CIV-SEITZ/MCALILEY

OMAR TABOADA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation [DE-28] of the Honorable Robert L. Dube, United States Magistrate Judge, to which no party has filed an objection. Magistrate Judge Dube recommends remanding the action to the Commissioner under sentence four of 42 U.S.C. §405(g) as Plaintiff has not opposed Defendant's motion to remand. After carefully reviewing, *de novo*, the record and pertinent legal authorities, the Report and Recommendation shall be affirmed and adopted. Accordingly, it is hereby

ORDERED that:

(1) The Report and Recommendation of Magistrate Judge Robert L. Dube [DE-28] is AFFIRMED and ADOPTED;

(2) Defendant's Motion to Remand [DE-27] is GRANTED and this cause is reversed and remanded under sentence four of 42 U.S.C. §405(g) for the following proceedings:

    (a) For the ALJ to further develop the record and issue a new decision;

    (b) For the ALJ to specifically consider the applicable medical listings with regard to the Plaintiff's cardiac condition and mental impairment prior to January 3, 2007, including Listing Sections 4.02 and 12.04 of 20 C.F.R. Pt. 404, Subpt. P, App. 1;

    (c) If necessary, for the ALJ to utilize the services of a medical expert to help him assess whether or not the Plaintiff meets or equals any listed impairment;

(d) For the ALJ to specifically consider and address the opinions of the Plaintiff's treating physicians, including Dr. Miguel Alfonso; and

(e) For the ALJ to consider any potential impact of substance abuse on the Plaintiff's medical condition.

(3) All pending motions not otherwise ruled upon are DENIED AS MOOT and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 24th day of November, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record