UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20680-CIV-SEITZ/MCALILEY

OMAR TABOADA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation [DE-33] of the Honorable Robert L. Dube, United States Magistrate Judge, to which no party has filed an objection. Magistrate Judge Dube recommends awarding Plaintiff's counsel fees pursuant to the Equal Access to Justice Act in the amount of $4,506.25, based on 25.75 hours of work at the rate of $175.00 per hour. After carefully reviewing, *de novo*, the record and pertinent legal authorities, the Report and Recommendation shall be affirmed and adopted. Accordingly, it is hereby

ORDERED THAT The Petition For Attorney's Fees [DE-31] is GRANTED and Plaintiff is entitled to recover pursuant to the Equal Justice Act for 25.75 hours of work performed in this case at the rate of $175.00 per hour, resulting in a total recovery of $4,506.25 as attorney's fees. The fees should payable to counsel for the Plaintiff.

DONE and ORDERED in Miami, Florida, this 19 day of February, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record